**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 NIRMALA PRASAD,                                    No.  CV 14-00510 CRB

9            Plaintiff,                              **ORDER**

10    v.

11 US BANK NATIONAL ASSOCIATIONAS
   TRUSTEE,
12
                Defendant.
13 _____/

14

15 GOOD CAUSE APPEARING THEREFOR,

16        IT IS ORDERED that this case is reassigned to the **Honorable Richard Seeborg** in the **San**

17 **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18 bear the **initials RS** immediately after the case number. All dates presently scheduled are vacated

19 and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

20 Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

21 Matters for which a magistrate judge has already issued a report and recommendation shall not be

22 rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

23 accordance with Fed. R. Civ. P. 72(b).

24

25                                      FOR THE EXECUTIVE COMMITTEE:

26
   Dated:  March 11, 2014
27                                      Richard W. Wieking
                                        Clerk of Court
28

A true and correct copy of this order has been served by mail upon any pro se parties.